**Mabel PATTON v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
December 4, 1928.

No. 5322.

I. H. Polozker, of Detroit, Mich., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for appellee.

**In the Matter of the PAUL DELANEY COMPANY, Inc., Bankrupt.**

Circuit Court of Appeals, Second Circuit.
February 4, 1929.

No. 168.

See, also, 23 F.(2d) 737; 26 F.(2d) 961.

Wilcox & Van Allen, of Buffalo, N. Y. (Selby G. Smith and John W. Van Allen, both of Buffalo, N. Y., Myer H. Gladstone, of Chicago, Ill., and Ansley Wilcox, 2d., of Buffalo, N. Y., of counsel), for appellants.

Charles F. Blair, of Buffalo, N. Y., for respondent-appellant trustee in bankruptcy.

Kenefick, Cooke, Mitchell & Bass, of Buffalo, N. Y., for respondent Marine Trust Co. of Buffalo.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree [26 F.(2d) 937] affirmed.

**PILOT LIFE INSURANCE COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Circuit Court of Appeals, Fourth Circuit.
January 16, 1929.

No. 2804.

J. G. Korner, Jr., and John E. Walker, both of Washington, D. C., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Mabel W. Willebrandt, Asst. Atty. Gen., for respondent.

PER CURIAM. On stipulation of counsel, judgment modifying order of United States Board of Tax Appeals filed.

**Teofilo Marzuach PLUMEY, Plaintiff, Appellant, v. Carolina Amelia ACOSTA et al., Defendants, Appellees.**

Circuit Court of Appeals, First Circuit.
November 10, 1928.

No. 2296.

Francis H. Dexter and Mariano Acosta Velarde, both of San Juan, Porto Rico, for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. Dismissed for want of prosecution.